UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAEEM AHMAD, | Case No. 5:13-cv-05392-PSG |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **(Re: Docket No. 15)** |
| MAYURI, INC., et al. | |
| Defendants. | |

On April 7, 2014, the court was informed that the parties have settled this case.[1] Having received no stipulated dismissal, the court now orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall respond to this order within 7 days.

**SO ORDERED.**

Dated: December 3, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 15.

Case No. 5:13-cv-05392-PSG
ORDER TO SHOW CAUSE

1